| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |



| 1. Person Reporting (last name, first, middle initial)<br><br>Hornby, D. Brock | 2. Court or Organization<br><br>District of Maine | 3. Date of Report<br><br>05/01/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>United States District Court<br>156 Federal Street<br>Portland, ME 04101 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee, Irrevocable Life Insurance Trust #1 | Relative's Estate Plan (see Part VIII - Additional Information); Resigned 5/25/05 |
| 2. Trustee, Irrevocable Life Insurance Trust #2 | Relative's Estate Plan; Resigned 5/25/05 |
| 3. Trustee, Irrevocable Life Insurance Trust #3 | Relative's Estate Plan |
| 4. Member, Board of Visitors | University of Maine School of Law |
| 5. Council Member | The American Law Institute |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Hornby Zeller Associates (management consultants to state gov'ts in human services areas) (See Section VIII-Addendum to Section III(B)) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Ass'n | Dinner Honoring the Federal Judiciary in New York City 3/19/05; paid travel, lodging and meal expenses for self and spouse |
| 2. American Bar Ass'n Antitrust Section | Mock Trial Judge at Antitrust Section Annual Spring Meeting in Washington, DC 3/30-31/05; paid travel, lodging and meal expenses |
| 3. The American Law Institute | Restitution Advisers Meeting in Philadelphia 9/23-24/06; paid travel, lodging and meal expenses |
| 4. The American Law Institute | Council Meeting in New York City 10/19-22/06; paid travel, lodging and meal expenses |
| 5. First Amendment Center | Conference on Justice and Journalism in Nashville, TN 11/14-15/05; paid travel, lodging and meal expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

| | |
|---|---|
| 6. American Bar Ass'n Tort Trial & Insurance Practice Section | Panelist at CLE Program in Washington, DC 11/10-11/05; paid travel, lodging and meal expenses |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (formerly Fleet Bank) accounts | A | Interest | K | T | | | | | |
| 2. E*Trade Bank accounts | A | Interest | J | T | | | | | |
| 3. GMAC Bank account | C | Interest | L | T | | | | | |
| 4. Emigrant Direct | D | Interest | M | T | open | 1/21 | J | | |
| 5. Gorham Savings Bank | B | Interest | L | T | open | 4/21 | L | | |
| 6. PayPal Money Mkt | A | Interest | J | T | open | 1/20 | J | | |
| 7. U.S. Savings Bonds | | None | L | T | | | | | |
| 8. Maine State Turnpike Auth'y Bonds (4 bonds) | A | Interest | K | T | buy | 5/16 & 8/3 | L | | |
| 9. Maine Health & Higher Edu. Bonds (3 total) | A | Interest | L | T | buy | 3/24 & 12/5 | L | | |
| 10. Puerto Rico Public Finance Corp. | A | Interest | K | T | buy | 7/16 | K | | |
| 11. T. Rowe Price Mutual Funds | | | | | | | | | |
| 12. -International Stock | A | Dividend | K | T | | | | | |
| 13. -Tax-free High Yield | | None | | | redeem | 9/2 | K | | |
| 14. American Century Investments (mutual funds) | | | | | | | | | |
| 15. -Growth | | None | | | redeem | 12/12 | J | | |
| 16. -Ultra | | None | | | redeem | 12/12 | J | C | |
| 17. TIAA-CREF Mutual Funds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Growth & Income | | None | | | redeem | 3/10& 3/29 | J | | |
| 19. -Growth Equity | | None | | | redeem | 3/10& 3/29 | J | A | |
| 20. Vanguard Group Mutual Funds | | | | | | | | | |
| 21. -Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 22. -Value Index Fund | A | Dividend | K | T | | | | | |
| 23. -High Yield Corporate Fund | A | Dividend | | | sell | 10/3 | J | | |
| 24. -Inflation Protected Security Inv | A | Dividend | J | T | | | | | |
| 25. -Strategic Equity Fund | A | Dividend | J | T | buy | 1/11 | J | | |
| 26. The MP63 Fund, Inc. (mutual fund) | A | Dividend | K | T | | | | | |
| 27. Alpine Funds | | | | | | | | | |
| 28. -Dynamic Dividend | B | Dividend | J | T | buy | 2/4 | J | | |
| 29. -International Real Estate | A | Dividend | J | T | buy | 2/4 | J | | |
| 30. -Dynamic Balance | A | Dividend | J | T | buy | 9/12 | J | | |
| 31. Bridgeway Funds | | | | | | | | | |
| 32. -Ultra-Small Company Mkt Fund | A | Dividend | J | T | buy | 7/11 | J | | |
| 33. Matthews Asian Funds | | | | | | | | | |
| 34. -Asia Pacific | A | Dividend | J | T | buy | 9/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -India | | None | J | T | buy | 11/25 | J | | |
| 36. com stk Prudential Financial | A | Dividend | K | T | | | | | |
| 37. com stk Avon Products | A | Dividend | J | T | buy | 10/7 | J | | |
| 38. com stk H.J. Heinz Co. | A | Dividend | J | T | buy | 10/7 | J | | |
| 39. com stk Illinois Tool Works | | None | J | T | buy | 10/7 | J | | |
| 40. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 41. -Cash Management Account | A | Interest | J | T | | | | | |
| 42. -com stk UNUM Provident Corp. | A | Dividend | K | T | | | | | |
| 43. -com stk Fairchild Semiconductor Int'l, Inc. | | None | K | T | | | | | |
| 44. -com stk Tupperware Corp. | A | Dividend | J | T | | | | | |
| 45. -com stk J P Morgan Chase & Co. | A | Dividend | J | T | buy | 2/3 | J | | |
| 46. -com stk General Electric Co. | A | Dividend | J | T | | | | | |
| 47. -com stk AT&T f/k/a SBC Communications, Inc. | A | Dividend | J | T | | | | | |
| 48. -com stk Wrigley, Wm. Jr. Co. | A | Dividend | J | T | | | | | |
| 49. -com stk Dell Inc. | | None | J | T | | | | | |
| 50. -com stk Anheuser Busch Cos Inc. | A | Dividend | J | T | | | | | |
| 51. -com stk Diageo PLC new (ADR) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -com stk Avon Products | A | Dividend | J | T | buy | 7/11 | J | | |
| 53. -com stk FNMA | A | Dividend | J | T | buy | 1/3 | J | | |
| 54. -ETF I Shares MSCI Mexico | A | Dividend | J | T | buy | 3/9 | J | | |
| 55. -com stk Amazon.com | | None | J | T | buy | 1/13 | J | | |
| 56. -com stk First Service Corp. | | None | K | T | buy | 1/11 | J | | |
| 57. -com stk Sirius Satellite Radio | | None | J | T | buy | 9/2 | J | | |
| 58. IRA Brokerage Acct T. Rowe Price #1 | | | | | | | | | |
| 59. -com stk Tel-Instrument Electronics Corp. | | None | J | T | | | | | |
| 60. -Cash Management Acct | A | Interest | J | T | | | | | |
| 61. -com stk 1-800-Flowers.com | | None | | | sell | 2/18 | J | | |
| 62. -U.S. Treasury Security, stripped int. pay't | | None | | | redeem | 8/15 | K | D | |
| 63. -com stk LandAmerica Financial Group, Inc. | A | Dividend | J | T | | | | | |
| 64. -com stk U.S. Bancorp | A | Dividend | J | T | | | | | |
| 65. -com stk Intel Corp. | A | Dividend | K | T | sell part | 3/11 | K | D | |
| 66. -com stk Emerson Radio | | None | J | T | | | | | |
| 67. -com stk Motorola, Inc. | A | Dividend | J | T | | | | | |
| 68. -com stk Freescale Semiconductor, Inc. | | None | | | sell | 2/18 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -com stk Oakley, Inc. | A | Dividend | J | T | | | | | |
| 70. -com stk LA-Z-BOY, Inc. | A | Dividend | J | T | | | | | |
| 71. -com stk Starbucks Corp. | | None | K | T | | | | | |
| 72. -com stk Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 73. -com stk Fairchild Semiconductor Int'l, Inc. | | None | | | sell | 2/18 | K | D | |
| 74. -com stk IAC/Interactive Corp. (f/k/a Inter Active Corp.) | | None | J | T | | | | | |
| 75. -spin off Expedia, Inc. | | None | J | T | spin off | 8/12 | J | | |
| 76. -com stk Sun Microsystems, Inc. | | None | J | T | | | | | |
| 77. -com stk Popular, Inc. | A | Dividend | K | T | buy | 12/19 | J | | |
| 78. -Washington REIT | A | Dividend | K | T | buy | 7/21 | J | | |
| 79. -com stk Pioneer Natural Resources | A | Dividend | J | T | | | | | |
| 80. -com stk Burlington Resources, Inc. | A | Dividend | | | sell | 7/12 | J | C | |
| 81. -ETF I Shares MSCI Japan | | None | J | T | buy | 3/14 | J | | |
| 82. -mutual Fairholme Fund | A | Dividend | J | T | buy | 7/12 | K | | |
| 83. -Blackrock Int'l Bond Portfolio | A | Dividend | J | T | buy | 9/6 | J | | |
| 84. -American Campus Communities REIT | A | Dividend | K | T | buy | 9/6 | J | | |
| 85. -com stk Grupo Televisa | | None | J | T | buy | 9/6 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Turkisa Investment Fund | | None | J | T | buy | 9/6 | J | | |
| 87. IRA Brokerage Acct T. Rowe Price #2 | | | | | | | | | |
| 88. -Cash Management Acct | A | Interest | K | T | | | | | |
| 89. -com stk DWS Europe Equity Fund formerly | A | Dividend | J | T | | | | | |
| 90. Scudder New Europe Fund | | | | | | | | | |
| 91. -com stk LandAmerica Financial Group | A | Dividend | J | T | | | | | |
| 92. -com stk Verizon Communications Co. | A | Dividend | J | T | | | | | |
| 93. -com stk Nasdaq 100 | A | Dividend | J | T | | | | | |
| 94. -com stk Sun Microsystems, Inc. | | None | J | T | | | | | |
| 95. -com stk American Woodmark Inc. | A | Dividend | J | T | | | | | |
| 96. -com stk Fleetwood Enterprises Inc. | | None | J | T | | | | | |
| 97. -com stk Immunogen Inc. | | None | J | T | | | | | |
| 98. -com stk Trizetto Group Inc. | | None | J | T | | | | | |
| 99. -com stk Abgenix | | None | J | T | | | | | |
| 100. -adr Nokia | A | Dividend | J | T | | | | | |
| 101. -com stk Fairchild Semiconductor, Inc. | | None | J | T | | | | | |
| 102. -U.S. Global Investors Eastern Europe (mutual) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard REIT Vipers | A | Dividend | J | T | | | | | |
| 104. simple IRA Charles Schwab & Co. | A | Interest | | | closed; all stocks below | 5/2 | J | A | |
| 105. | | | | | transferred to IRA Brokerage | | | | |
| 106. | | | | | Acct. T. Rowe Price #2 | | | | |
| 107. -com stk Coca Cola | A | Dividend | J | T | | | | | |
| 108. -com stk Abercrombie & Fitch | A | Dividend | J | T | sell | 2/4 | J | A | |
| 109. -Vanguard Strategic Equity | A | Dividend | J | T | | | | | |
| 110. -com stk Medtronic Inc. | A | Dividend | J | T | | | | | |
| 111. -adr Nokia Corp. | A | Dividend | J | T | | | | | |
| 112. -com stk Tandy Leather Factory f/k/a Leather Factory Inc | | None | J | T | | | | | |
| 113. -Developers Diversified Realty REIT preferred Class H | A | Dividend | J | T | | | | | |
| 114. -com stk Cisco Systems Inc. | | None | J | T | | | | | |
| 115. -adr Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 116. -com stk Nautilus Group Inc. | A | Dividend | J | T | | | | | |
| 117. -com stk Developers Diversified Realty REIT | A | Dividend | J | T | | | | | |
| 118. -com stk AT&T f/k/a SBC Communications Inc. | A | Dividend | J | T | | | | | |
| 119. Pension Plan Acct. TIAA-CREF | B | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Pension Plan Acct. TIAA-CREF | B | Interest | O | T | | | | | |
| 121. Keogh Brokerage Account Value Line: | | | | | | | | | |
| 122. -Value Line Cash Fund, Inc. | A | Dividend | | | redeem | 5/12 | J | A | |
| 123. -Value Line Fund, Inc. | D | Capital Gain | K | T | transfer to | 4/27- | | | |
| 124. | | | | | IRA Brokerage Acct. T. Rowe Price #2 | | | | |
| 125. 401K Plan CMC Interactive LLC | | | | | | | | | |
| 126. -First Eagle Over A* | | None | K | T | | | | | |
| 127. -Calamos Growth A* | A | Dividend | K | T | | | | | |
| 128. -Royce Total Return* | A | Dividend | K | T | | | | | |
| 129. -Oakmark Equity & Income J* | A | Dividend | J | T | | | | | |
| 130. -Selected American* | A | Dividend | K | T | | | | | |
| 131. -Columbia Acorn Fund* | A | Dividend | J | T | | | | | |
| 132. -Buffalo High Yield* | | None | J | T | | | | | |
| 133. -Calvert Income A* | A | Dividend | | | sell | 4/18 | J | A | |
| 134. -Pimco Total Return | A | Dividend | J | T | buy | 4/18 | J | | |
| 135. -Schwab Int'l Index | A | Dividend | J | T | buy | 2/3 | J | | |
| 136. nonvoting stk Mandel Investment Corp. | C | Dividend | N | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |
| 138. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 139. of $16,489.50 pd in installments completed 2/10/90 | A | P-ship income | K | R | | | | | |
| 140. ltd. Partnership int. in Miraculous, LLC, ltd. real estate | C | Dividend | L | R | | | | | |
| 141. partnership purchased 2/11/02 $50,000 | | | | | | | | | |
| 142. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 143. Trustee of Trust #2 funded w/policies from MONY Life | | | | | resigned as trustee | 5/25 | | | |
| 144. of America on a flexible premium where excess | | | | | | | | | |
| 145. premiums are invested in the following MONY mutual funds: | | | | | | | | | |
| 146. -Growth & Income | | None | | | | | | | |
| 147. -Internationa'l Growth | | None | | | | | | | |
| 148. -Small Company Growth | | None | | | | | | | |
| 149. -Growth | | None | | | | | | | |
| 150. Trustee of Trust #3: assests are fixed total amount of life | | | | | | | | | |
| 151. insurance policy w/previously accumulated dividends, a term | | | | | | | | | |
| 152. insurance policy and a paid-up insurance rider and | | | | | | | | | |
| 153. JP Morgan/Chase bank account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Hornby Zeller Properties LLC** | | None | L | U | | | | | |
| 155. BACHZA, Inc. ** | | None | K | U | | | | | |
| 156. | | | | | | | | | |
| 157. * amounts contributed automatically on recurrent | | | | | | | | | |
| 158. basis by employer and employee | | | | | | | | | |
| 159. ** added by letter amendment dated 4/21/05 (attached) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part I(1): Sole asset of Trust #1 is a term life insurance policy.

Part III(B): ███████ income derives from salary and distributions in the management consulting firm of which █ is a fifty percent shareholder, officer and employee (subchapter S corporation). There is one other shareholder and officer. The firm's income derives from contracts with state governments and, occasionally, nonprofit corporations.

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 05/01/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date___May 1, 2006___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

**D. BROCK HORNBY**
DISTRICT JUDGE

156 FEDERAL STREET
PORTLAND, MAINE 04101
(207) 780-3280

April 21, 2005

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

    Re:    Amendment to Financial Disclosure Reports

Dear Committee on Financial Disclosure:

    I hereby amend my Financial Disclosure Report for Calendar Year 2004, by adding an additional entry to Part VII, as follows.

Entry to Part VII
    A.    Hornby Zeller Properties LLC
    B.    (1) none
          (2) none
    C.    (1) L
          (2) U
    D.    (1) ███████became partner when partnership was created
          (2) May 14, 2004
          (3) J

Part VIII Explanation:    This partnership (filer is not a partner; filer's ██████ holds a 50% partnership interest) owns real estate in the filer's ███████business and rents the real estate to the business.

    I hereby amend my Financial Disclosure Report for Calendar Years 2002, 2003 and 2004, by adding an additional entry to Part VII, as follows.

Entry to Part VII
    A.    BACHZA, Inc.
    B.    (1) none since creation
          (2) none since creation

        C.     (1) K
               (2) U
        D.     (1) ████ acquired stock when corporation was created
               (2) June 1, 2002
               (3) J

<u>Part VIII Explanation:</u>      This subchapter C corporation (filer is not a shareholder; filer's ████ holds a 25% interest) conducts one of the lines of the filer's spouse's business.

I apologize for the oversight. Please contact me if you have additional questions.

Very truly yours,



D. Brock Hornby

dlh
enclosure
FedEx